No. 69678.—J. E. Bernard & Co., Inc. v. United States, protest 64/17849–14526 (Chicago).

Opinion by NICHOLS, J.  In accordance with stipulation of counsel that the merchandise consists of wood statuary similar in all material respects to that the subject of *Fusek's* v. *United States* (53 Cust. Ct. 109, C.D. 2480), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 9, 1965

No. 69679.—J. C. De Jong & Co., Inc., et al. v. United States, protests 60/11743, etc. (New York).

Opinion by RAO, C.J.  In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

No. 69680.—The Gould Merrereau Co., Inc. v. United States, protest 60/24294 (New York).

Opinion by RAO, C.J.  In accordance with stipulation of counsel that the merchandise consists of brass pole ends similar in all respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiff was sustained.